NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: PHILLIP M. ADAMS,**
*Appellant*

---

2022-1705

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 15/412,696.

---

## JUDGMENT

---

ALMA JOHN PATE, Pate Nelson & Hill, Salt Lake City, UT, argued for appellant Phillip M. Adams. Also represented by GORDON K. HILL.

MAI-TRANG DUC DANG, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal. Also represented by BENJAMIN T. HICKMAN, THOMAS W. KRAUSE, AMY J. NELSON, FARHEENA YASMEEN RASHEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 11,2023                     /s/ Peter R. Marksteiner
Date                              Peter R. Marksteiner
                                  Clerk of Court